COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     *In re S.W.*

Appellate case number:   01-17-00072-CV

Trial court case number:  14CP0057

Trial court:                    306th District Court of Galveston County


On January 30, 2017, relator, S.W. filed a petition for writ of mandamus and a "Motion for Emergency Relief." Relator's emergency motion is **granted**. *See* TEX. R. APP. P. 52.10(b). Further proceedings in the trial court are **stayed**. The stay is effective until this mandamus proceeding is finally decided. Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

The Court further requests a response from the real party in interest. The response, if any, is due **within 20 days from the date of this order.**


It is so ORDERED.


Judge's signature: _/s/ Laura Carter Higley
                            Acting individually


Date:  January 30, 2017